CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

December 31, 2025

**<u>VIA ECF</u>**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re: Conduent Business Services Data Breach Litigation*
<u>Civil Action No. 2:25-cv-16953-MEF-MAH</u>

Dear Judge Hammer:

I am Interim Co-Lead Counsel for Plaintiffs in the above-referenced consolidated action and write in connection with Your Honor's November 24, 2025 Order Consolidating Actions [Dkt. No. 19] ("Order").

Pursuant to the Order, "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 12. Subsequent to Your Honor's entry of the Order, two additional cases were filed in this District: *Oliver-Alexander v. Conduent Business Services, LLC*, No. 2:25-cv-18006-MEF-MAH, and *Troncoso v. Conduent Business Services, LLC*, No. 2:25-cv-18058-MEF-MAH. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk of Courts to consolidate the *Oliver-Alexander* and the *Troncoso* matters into this consolidated action.

If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

<u>/s/ James E. Cecchi</u>
JAMES E. CECCHI

It is SO ORDERED as of this 12th day of ~~December, 2025.~~ January 2026

**SO ORDERED**

***s/Michael A. Hammer***

**Michael A. Hammer, U.S.M.J.**

HON. MICHAEL A. HAMMER, U.S.M..J.

**Date:** 1/12/2026